IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRAINISTA, INC., | ) | CASE NO. 5:25-cv-02511-JRA |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| vs. | ) | |
| | ) | |
| NA LLC, *et al.*, | ) | MAGISTRATE JUDGE AMANDA M. KNAPP |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' STATUS REPORT**

Defendants NA LLC, Amjad Mobayed, Noah Newton, and Cristopher Gomez (collectively, "Defendants") submit this Status Report concerning motions that remain pending before the Court. To assist the Court in addressing the procedural matters in this action, Defendants have compiled the following list of motions for which no order expressly granting, denying, or otherwise disposing of the motion appears on the docket, together with the filing date and current briefing status of each motion. Plaintiff does not join in this Status Report.

If it would be helpful to the Court, Defendants respectfully suggest an order in which these motions could be resolved, beginning with the threshold jurisdictional and venue challenge, followed by the motions concerning the existing Temporary Restraining Order and asset freeze, and concluding with the preliminary injunction and its related briefing dispute.

| Motion | Date Filed | Briefing Status |
|---|---|---|
| Motion to Dismiss Second Amended Complaint under Fed. R. Civ. P. 12(b)(2) and 12(b)(3) (Doc. 63) [Jurisdiction & Venue] | 02/23/2026 | Complete — Opposition filed 03/25/2026 (Doc. 76); Reply filed 04/08/2026 (Doc. 82) |
| Motion to Bifurcate (Doc. 64) | 02/25/2026 | Complete – Opposition filed 03/11/2026 (Doc. 68); Reply filed 03/18/2026 (Doc. 74) |
| Motion for Relief from Temporary Restraining Order (Doc. 53) [held in abeyance in part per Doc. 56] | 02/04/2026 | Complete — Opposition filed 02/11/2026 (Doc. 59); Reply filed 02/18/2026 (Doc. 60) |
| Motion to Clarify Temporary Restraining Order and Asset Freeze (Doc. 38) | 01/05/2026 | Complete — No opposition or reply filed |
| Motion to Vacate Temporary Restraining Order and Asset Freeze (Doc. 23) | 12/11/2025 | Complete — Opposition filed 12/16/2025 (Doc. 34); Reply filed 12/17/2025 (Doc. 35) |
| Motion for Leave to File Sur-Reply to Plaintiff's Reply to Preliminary Injunction Motion (Doc. 80) | 04/07/2026 | Complete — Opposition filed 04/13/2026 (Doc. 83); Reply filed 04/20/2026 (Doc. 84) |
| Motion for Preliminary Injunction with Asset Freeze (Doc. 19) | 12/01/2025 | Substantially complete — Opposition filed 03/11/2026 (Doc. 69); Reply filed 03/18/2026 (Doc. 75); pending resolution of Defendants' motion for leave to file sur-reply (Doc. 80), listed above |

Defendants respectfully submit this Status Report to assist the Court and stand ready to provide any additional information or briefing the Court may require to facilitate orderly resolution of the foregoing motions.

Dated: June 24, 2026          Respectfully submitted,

**EMERSON, THOMSON & BENNETT, LLC**

*/s/ John M. Skeriotis*
John M. Skeriotis (Ohio Bar # 0069263)
Sergey Vernyuk (Ohio Bar # 0089101)
1914 Akron-Peninsula Rd.
Akron, Ohio 44313
(330) 434-9999 – Telephone
jms@etblaw.com
sv@etblaw.com
*Attorneys for Defendants*

3