IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BRAINISTA, INC., | ) | CASE NO. 5:25-cv-02511-JRA |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE JOHN R. ADAMS |
| vs. | ) | |
| | ) | |
| NA LLC, *et al.*, | ) | MAGISTRATE JUDGE AMANDA M. KNAPP |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Plaintiff Brainista, Inc. and Defendants NA LLC, Amjad Mobayed, Noah Newton, and Cristopher Gomez (collectively, "Defendants") respectfully submit this Joint Status Report to notify the Court that the parties have reached a settlement in principle that will resolve this action in its entirety.

The parties are currently drafting a formal written settlement agreement to memorialize the terms of their resolution. The parties anticipate filing appropriate dismissal papers, promptly upon its execution.

In light of the settlement in principle, the parties respectfully request that the Court hold in abeyance all currently pending motions pending the parties' finalization of the settlement agreement and the filing of dismissal papers.

The parties will promptly notify the Court of any material developments regarding the status of the settlement and stand ready to provide any additional information the Court may require.

Dated: August 28, 2026

Respectfully submitted,

**BUSCH IP LAW**

*/s/ Jacob Busch*______________
Jacob M. Busch (Ohio Bar # 0092129)
Igor Ozeruga (Ohio Bar # 0093767)
3513 Patterson Cir.
Richfield, OH 44286
(216) 200-6768 - Telephone
jake@buschiplaw.com
igor@buschiplaw.com
*Attorneys for Plaintiff*

**EMERSON, THOMSON & BENNETT, LLC**

*/s/ John M. Skeriotis*______________
John M. Skeriotis (Ohio Bar # 0069263)
Sergey Vernyuk (Ohio Bar # 0089101)
1914 Akron-Peninsula Rd.
Akron, Ohio 44313
(330) 434-9999 – Telephone
jms@etblaw.com
sv@etblaw.com
*Attorneys for Defendants*