**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BRAINISTA, INC., | ) | CASE NO.: 5:25CV2511 |
| | ) | |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| NA LLC, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

The parties have filed a joint status report to notify the Court that they have reached a settlement in priniciple. Doc. 80. Therefore, the docket will be marked "settled and dismissed without prejudice." The parties may submit within sixty (60) days a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case, including dismissal with prejudice, if they deem it necessary. If approved, the proposed entry shall supplement this order. This Court retains jurisdiction over the settlement. Out of an abundance of caution, absent agreement of the parties, the Court's existing injunctive relief will remain in place pending receipt of the parties' final order of dismissal.

IT IS SO ORDERED.

8/28/2026

*/s/ Judge John R. Adams*
JUDGE JOHN R. ADAMS
UNITED STATES DISTRICT COURT