**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| BRAINISTA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NA LLC, CRISTOPHER GOMEZ, NOAH NEWTON,<br>and AMJAD MOBAYED,<br><br>Defendants. | Case No. 5:25-cv-02511-JRA<br><br>JUDGE JOHN R. ADAMS<br><br>MAGISTRATE JUDGE AMANDA M. KNAPP |

**JOINT MOTION FOR AGREED ENTRY OF DISMISSAL WITH PREJUDICE, TRANSFER OF RESTRAINED FUNDS, AND DISSOLUTION OF ASSET RESTRAINTS AND INCORPORATED MEMORANDUM IN SUPPORT**

Plaintiff Brainista, Inc. ("Brainista") and Defendants NA LLC, Noah Newton, Amjad Mobayed, and Cristopher Gomez (collectively, "Defendants") jointly move, pursuant to the Court's Order of Case Dismissal (ECF No. 87), for entry of the proposed Agreed Entry submitted with this motion. In support, the parties state as follows:

1. On August 28, 2026, the parties reported that they had reached a settlement in principle (ECF No. 86). The same day, the Court dismissed this action without prejudice and permitted the parties to submit, within sixty (60) days, a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case, including dismissal with prejudice (ECF No. 87).

2. The parties have since executed a written settlement agreement resolving all claims in this action. The terms of that agreement are confidential.

3. Under the settlement agreement, the settlement payment is to be made from funds held in accounts of Defendant NA LLC at JPMorgan Chase Bank, N.A. ("Chase") that were restrained under the Court's Temporary Restraining Order (ECF Nos. 10 and 20) (the "TRO"). NA LLC consents to the transfer of those funds for that purpose. To preserve the confidentiality of the settlement terms, the proposed Agreed Entry does not state the amount to be transferred. Counsel for the parties will provide that amount to Chase by joint written instruction served with the Agreed Entry.

4. The parties request that, upon completion of that transfer, the asset restraints imposed under the TRO, to the extent they remain in effect, be dissolved as to all restrained accounts and funds of Defendants, so that the online marketplaces, payment processors, and financial institutions holding them may release the funds and reinstate the accounts.

5. The parties further request that the Court modify its Order of Case Dismissal so that all claims against all Defendants are dismissed with prejudice, with each party to bear its own attorneys' fees and costs except as otherwise provided in the settlement agreement, and that the Court retain jurisdiction to enforce the Agreed Entry and the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381–82 (1994).

6. This motion is submitted within the sixty-day period provided in the Order of Case Dismissal (ECF No. 87).

WHEREFORE, the parties respectfully request that the Court grant this Joint Motion and enter the proposed Agreed Entry submitted with it.

Dated: October 20, 2026

Respectfully submitted,

BUSCH IP LAW

*s/ Jacob M. Busch*
Jacob M. Busch (Ohio Bar # 0092129)
Igor Ozeruga (Ohio Bar # 0093767)
3513 Patterson Cir.
Richfield, OH 44286
(216) 200-6768
jake@buschiplaw.com
igor@buschiplaw.com

Attorneys for Plaintiff

EMERSON, THOMSON & BENNETT, LLC

*s/ John M. Skeriotis* (consent)
John M. Skeriotis (Ohio Bar # 0069263)
Sergey Vernyuk (Ohio Bar # 0089101)
1914 Akron-Peninsula Rd.
Akron, Ohio 44313
(330) 434-9999
Fax: (330) 434-8888
jms@etblaw.com
sv@etblaw.com

Attorneys for Defendants