**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| BRAINISTA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>NA LLC, CRISTOPHER GOMEZ, NOAH NEWTON,<br>and AMJAD MOBAYED,<br><br>Defendants. | Case No. 5:25-cv-02511-JRA<br><br>JUDGE JOHN R. ADAMS<br><br>MAGISTRATE JUDGE AMANDA M. KNAPP |

**AGREED ENTRY OF DISMISSAL WITH PREJUDICE, TRANSFER OF RESTRAINED FUNDS, AND DISSOLUTION OF ASSET RESTRAINTS**

This matter is before the Court on the parties' Joint Motion for Agreed Entry of Dismissal With Prejudice, Transfer of Restrained Funds, and Dissolution of Asset Restraints (ECF No. 90), submitted under the Court's Order of Case Dismissal (ECF No. 87). The parties have advised the Court that they have resolved this action under a confidential settlement agreement. For good cause shown, the Joint Motion is GRANTED, and it is ORDERED that:

1. Within five (5) business days after service of this Agreed Entry, JPMorgan Chase Bank, N.A. ("Chase") shall transfer, from the account(s) held in the name of Defendant NA LLC ending in 3571 and 0706 (the "NA LLC Accounts"), the amount specified in the joint written instruction of counsel of record for the parties served on Chase with this Agreed Entry, by wire transfer to the client trust account of Busch IP Law LLC identified in that instruction.

2. Upon completion of the transfer described in Paragraph 1, the asset restraints imposed by the Temporary Restraining Order (ECF Nos. 10 and 20), to the extent they remain in effect, are

DISSOLVED as to the NA LLC Accounts and as to all other accounts and funds of Defendants restrained pursuant to that Order, including accounts held by online marketplaces, payment processors, and financial institutions, and each holder of such accounts and funds may release them to Defendants and reinstate such accounts without further order of the Court.

3. Plaintiff shall serve this Agreed Entry on Chase.

4. The Court's Order of Case Dismissal (ECF No. 87) is MODIFIED as follows: all claims in this action against all Defendants are DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs except as otherwise provided in the parties' settlement agreement. All pending motions are DENIED as moot.

5. The Court retains jurisdiction to enforce this Agreed Entry and the parties' settlement agreement.

IT IS SO ORDERED.

Dated: November 2, 2026

/s/ John R. Adams
JOHN R. ADAMS
UNITED STATES DISTRICT JUDGE